UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Amended (from 9/26/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

November 25, 2003

10:00 a.m.

*Held 4 hours.*

3-00-cv-2358   (CFD) Provencher v Pfizer, Inc.
-------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Thomas G. Moukawsher | Moukawsher & Walsh, 21 Oak St. Suite 209, Hartford, CT 860-549-8440 |
| Jonathan B. Orleans | Zeldes, Needle & Cooper, 1000 Lafayette Blvd., PO Box 1740, Bridgeport, CT 203-333-9441 |
| Ian O. Smith | Moukawsher & Walsh, 21 Oak St. Suite 209, Hartford, CT 860-549-8440 |
| Douglas John Varga | Zeldes, Needle & Cooper, 1000 Lafayette Blvd., PO Box 1740, Bridgeport, CT 203-333-9441 |

\* JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK