# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RICHARD PROVENCHER, ET AL.,        :
     Plaintiffs,        :
                           :
     v.        :        Civil Action No. 3:00CV2358 (CFD)
                           :
PFIZER INC.,        :
     Defendant.        :

## ORDER RE: SCHEDULING OF TRIAL

All counsel of record are ordered to appear before the Court, on **January 9, 2004 at**

**11:00 A.M.** to discuss the trial readiness and scheduling of this case for trial.

Counsel are to discuss in advance the following matters and should be prepared to

provide the court with the following information jointly:

1.     A list of dated between February 1, 2004 and June 1, 2004 when counsel are unavailable for trial;

2.     How long the trial is expected to last;

3.     Issues raised in the pre-trial memorandum which need to be resolved in advance of trial;

4.     Whether the parties would be agreeable to having their case heard by Magistrate Judge Thomas P. Smith; and

5.     Whether a settlement conference would be appropriate.

  **NOTE**: As of January 9, 2004,  this case is considered ready for immediate trial.

SO **ORDERED** this 4th day of December, 2003, at Hartford Connecticut.

                                    ____/s/ CFD_____
                                      CHRISTOPHER F. DRONEY
                                      UNITED STATES DISTRICT JUDGE