UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Discovery Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 15, 2003

2:30 p.m.

Held
30 minutes

CASE NO. **3:00cv2358 (CFD)**   Provencher v Pfizer

Thomas G. Moukawsher
Moukawsher & Walsh
Capitol Place
21 Oak St.
Suite 209
Hartford, CT 06106

Jonathan B. Orleans
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Ian O. Smith
Moukawsher & Walsh
Capitol Place
21 Oak St.
Suite 209
Hartford, CT 06106

Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

* COUNSEL TO INITIATE THE CONFERENCE CALL.
  THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK