UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD PROVENCHER,
ET AL.
                  Plaintiffs,
                                    :        CIVIL ACTION NO.:
                                      :        3:00 CV 2358 (CFD)

V.

PFIZER, INC.,
                  Defendant.             :        JANUARY 7, 2004

### JOINT PROPOSED SCHEDULING ORDER

Plaintiffs with defendant's permission hereby submits the following jointly proposed scheduling order:

1.     Defendant Pfizer, Inc will file its Answer and Affirmative Defenses to plaintiffs' Amended Complaint by January 16, 2003.

2.     All discovery will be completed by April 14, 2004.

3.     Dispositive motions will be filed on or before May 14, 2004.

4.     The joint trial memorandum will be filed within 60 days after the close of discovery, on or before June 14, 2004, or 60 days after the Court's decision on any dispositive motion pending at the close of discovery or filed thereafter.

5.     The case will be ready for trial by June 21, 2004.

Opposing counsel agrees to the terms of the above-proposed Order.

WHEREFORE, the parties respectfully request that the Court GRANT this Order.

THE PLAINTIFFS

BY: _____
         Thomas G. Moukawsher (ct08940)
         Ian O. Smith (ct24135)
         Moukawsher & Walsh, LLC
         328 Mitchell Street
         Groton, CT 06340
         (860) 445-1809

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

> Douglas Varga
> Zeldes, Needle & Cooper
> 1000 Lafayette Boulevard
> Post Office Box 1740
> Bridgeport, CT 06601-1740

Dated this 7th day of January, 2004.

_____
                Thomas G. Moukawsher

2