UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 15 A 9: 42
US DISTRICT COURT
BRIDGEPORT CT

-----------------------------------------------------------x
**RICHARD PROVENCHER**           :
                                 :
       **Plaintiff**               :    3:00CV2358 (CFD)
v.                               :
                                 :
**PFIZER, INC.,**                :
       **Defendant**              :
-----------------------------------------------------------x

## RULING ON PENDING MOTIONS

In light of the parties' stipulations regarding discovery, (Doc. # 62), the following pending discovery motions are denied as MOOT:

    Plaintiff's motion to compel (Doc. # 43);

    Defendant's motion to compel and for sanctions (Doc. # 47);

    Plaintiff's motion for leave to file (Doc. # 50);

    Plaintiff's motion for sanctions (Doc. # 52);

SO ORDERED, this the 13th day of January, 2004 at Bridgeport, Connecticut.

                                                  William I. Garfinkel
                                                United States Magistrate Judge

1