UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: 3:00 CV 2358 (CFD) |
| V. | : | |
| PFIZER, INC., | : | |
| Defendant. | : | JANUARY 7, 2004 |

## JOINT PROPOSED SCHEDULING ORDER

Plaintiffs with defendant's permission hereby submits the following jointly proposed scheduling order:

1. Defendant Pfizer, Inc will file its Answer and Affirmative Defenses to plaintiffs' Amended Complaint by January 16, 2003.

2. All discovery will be completed by April 14, 2004.

3. Dispositive motions will be filed on or before May 14, 2004.

4. The joint trial memorandum will be filed within 60 days after the close of [disco]very, on or before June 14, 2004, or 60 days after the Court's decision on any dispositive [motio]n pending at the close of discovery or filed thereafter.

5. The case will be ready for trial by June 21, 2004.

Opposing counsel agrees to the terms of the above-proposed Order.

WHEREFORE, the parties respectfully request that the Court GRANT this Order.