UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | |
| ET AL. | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
| Defendant. | : | APRIL 13, 2004 |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

The plaintiffs in the above captioned matter hereby move to amend the scheduling order entered by the Court on January 20, 2004. In support hereof plaintiffs respectfully represent that while much document production has been accomplished, the parties have been unable to complete deposition discovery because work in achieving document production necessary to the depositions has been protracted and is still not complete. Accordingly, plaintiffs propose the following amended scheduling order:

1.	All discovery will be completed by July 14, 2004.

2.	Dispositive motions will be filed on or before August 16, 2004.

3.	The joint trial memorandum will be filed within 60 days after the close of discovery, on or before July 14, 2004, or 60 days after the Court's

decision on any dispositive motion pending at the close of discovery or filed thereafter.

4. The case will be ready for trial by August 16, 2004.

Opposing counsel agrees to the terms of the above-proposed Amended Order.

This is plaintiffs' first request to amend the January 20, 2004 Scheduling Order.

WHEREFORE, the plaintiffs respectfully request that the Court GRANT this Order.

                THE PLAINTIFFS

BY: /s/ Thomas G. Moukawsher
     Thomas G. Moukawsher (ct08940)
     Ian O. Smith (ct24135)
     Moukawsher & Walsh, LLC
     328 Mitchell Street
     Groton, CT 06340
     (860) 445-1809

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Douglas Varga
>Zeldes, Needle & Cooper
>1000 Lafayette Boulevard
>Post Office Box 1740
>Bridgeport, CT 06601-1740

Dated this 13th day of April, 2004.

>>__/s/ Thomas G. Moukawsher__
>>Thomas G. Moukawsher