UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | April 19, 2004 |

**MOTION FOR EXTENSION OF TIME**
**TO COMPLY WITH DISCOVERY REQUESTS**

Defendant Pfizer Inc hereby moves this Court for an extension of time within which to comply with plaintiffs' Third Set of Interrogatories and Production Requests dated March 16, 2004. In support of its motion, Pfizer states as follows:

1. On March 16, 2004, plaintiffs served their fourth round of discovery requests on Pfizer.

2. Pfizer has made diligent efforts to compile the documents and information required to comply with those requests, but currently is unable to do so.

3. In light of the foregoing, Pfizer respectfully requests that the Court grant Pfizer a two-week extension of time, through and including May 3, 2004, within which to respond to plaintiffs' Third Set of Interrogatories and Production Requests.

4. On April 19 2004, the undersigned conferred with plaintiffs' counsel, Thomas G. Moukawsher, who confirmed that plaintiffs do not object to the granting of this motion.

5. This is Pfizer's first request for an extension of time to comply with plaintiffs' Third Set of Interrogatories and Production Requests.

6. This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay. Pfizer submits that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court.

WHEREFORE, defendant Pfizer Inc. respectfully requests that this Court enter an Order allowing Pfizer additional time through and including May 3 , 2004 within which to comply with plaintiffs' Third Set of Interrogatories and Production Requests.

Respectfully submitted,

DEFENDANT
PFIZER INC

By: _____
Douglas J. Varga (ct18885)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1747
Bridgeport, CT  06601-1747
Telephone:  (203) 333-9441
Facsimile:   (203) 333-1489
Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT 06340

Dated at Bridgeport, Connecticut this 19th day of April, 2004.

_____
Douglas J. Varga