69

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

RICHARD PROVENCHER,
ET AL.

         Plaintiffs,

V.

PFIZER, INC.,

         Defendant.

2004 APR 14 A 9:31

CIVIL ACTION NO. DISTRICT COURT
3:00 CV 2358 (CFD) HARTFORD, CT.

APRIL 13, 2004

## UNOPPOSED MOTION TO AMEND
## SCHEDULING ORDER

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford CT  4/23/04

FILED APR 22

    The plaintiffs in the above captioned matter hereby move to amend the scheduling order entered by the Court on January 20, 2004. In support hereof plaintiffs respectfully represent that while much document production has been accomplished, the parties have been unable to complete deposition discovery because work in achieving document production necessary to the depositions has been protracted and is still not complete. Accordingly, plaintiffs propose the following amended scheduling order:

    1.    All discovery will be completed by July 14, 2004.

    2.    Dispositive motions will be filed on or before August 16, 2004.

    3.    The joint trial memorandum will be filed within 60 days after the close of discovery, on or before July 14, 2004, or 60 days after the Court's