FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, RICHARD HALL, WILLIAM GARBATI, WILLIAM HAYDEN, GEORGE GAUTHIER, WARREN RUDDLESDEN, WILLIAM ZERONSA, and MICHAEL WHEELER, | : : : : : : | Civil Action<br><br>No. 3:00 CV 2358 (CFD) |
| Plaintiffs, | : | |
| v. | : | |
| PFIZER INC, | : | |
| Defendant. | : | April 19, 2004 |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

**MOTION FOR EXTENSION OF TIME
TO COMPLY WITH DISCOVERY REQUESTS**

Defendant Pfizer Inc hereby moves this Court for an extension of time within which to comply with plaintiffs' Third Set of Interrogatories and Production Requests dated March 16, 2004. In support of its motion, Pfizer states as follows:

1. On March 16, 2004, plaintiffs served their fourth round of discovery requests on Pfizer.

2. Pfizer has made diligent efforts to compile the documents and information required to comply with those requests, but currently is unable to do so.

3. In light of the foregoing, Pfizer respectfully requests that the Court grant Pfizer a two-week extension of time, through and including May 3, 2004, within which to respond to plaintiffs' Third Set of Interrogatories and Production Requests.