## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RICHARD PROVENCHER, ET AL.,          :
      Plaintiffs,                                  :
                                                        :
      v.                                               :          Civil Action No. 3:00CV2358 (CFD)
                                                        :
PFIZER INC.,                                         :
      Defendant.                               :

## ORDER TO SHOW CAUSE

Pending is the plaintiffs' Motion to Compel and For Sanctions [Doc. #70]. To date no response has been filed by the defendant.

The defendant is ordered to show cause by **June 21, 2004** why the Court should not grant the plaintiffs' motion.

SO ORDERED this 4th day of June 2004, at Hartford, Connecticut.


/s/ CFD
_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**