## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD PROVENCHER, et al., : | |
|    Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 3:00CV2358 (CFD) |
| : | |
| PFIZER INC., : | |
|    Defendant. : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_   A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_   A ruling on the following motion which is currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_   A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_   Other: (orefmisc./misc) _____

SO ORDERED this 28th day of September 2004 at Hartford, Connecticut.

                                                 /s/ CFD
                                                 Christopher F. Droney
                                                 United States District Judge