UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD PROVENCHER, RICHARD HALL, WILLIAM GARBATI, WILLIAM HAYDEN, GEORGE GAUTHIER, WARREN RUDDLESDEN, WILLIAM ZERONSA, and MICHAEL WHEELER : : : : : : : Plaintiffs, : : V. : : PFIZER, INC., : Defendant. : | CIVIL ACTION NO.: 3:00 CV 2358 (CFD) SEPTEMBER 27, 2004 |

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

The plaintiffs move for leave to file the second amended complaint that accompanies this motion. The plaintiffs seek to amend their complaint to clarify certain facts following the close of discovery and to further explain how Pfizer's actions violated ERISA Sections 502 (a)(1)(B), 404, and 502 (a)(3).

THE PLAINTIFFS

By /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Douglas Varga
>Zeldes, Needle & Cooper
>1000 Lafayette Boulevard
>Post Office Box 1740
>Bridgeport, CT 06601-1740

Dated this 27th day of September, 2004.

>___/s/ Thomas G. Moukawsher_____
>    Thomas G. Moukawsher