UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | October 12, 2004 |

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), defendant Pfizer Inc respectfully requests that this Court enter an Order extending the time within which Pfizer may file its motion for summary judgment. In support of its Motion, Pfizer states as follows:

1. Pursuant to Magistrate Judge Garfinkel's scheduling order dated August 19, 2004, Pfizer's motion for summary judgment is due on or before October 14, 2004.

2. Pfizer's counsel will be unable to file that motion by that date because Pfizer has not had an opportunity to complete the deposition of one of the plaintiffs (George Gauthier). Plaintiffs' counsel agreed to produce Mr. Gauthier for deposition on September 2, 2004, but the deponent has been unable to appear due to his wife's illness. Plaintiffs' counsel has confirmed that Mr. Gauthier will be made available for

deposition during the week of October 18, 2004.  Pfizer will not be able to file its motion for summary judgment until it completes Mr. Gauthier's deposition and obtains the transcript of that deposition.

    3.    Pfizer's counsel also plans to submit affidavits from at least two individuals to support Pfizer's motion for summary judgment, but to date has been unable to secure those affidavits.

    4.    Finally, the parties are discussing the propriety of participating in settlement discussions before Judge Garfinkel prior to the briefing of summary judgment, which may affect the timing of the filing of Pfizer's motion.

    5.    In light of the foregoing, Pfizer respectfully requests an extension of time through and including November 15, 2004, within which to file its motion for summary judgment and supporting papers.

    6.    On October 12, 2004, the undersigned conferred with plaintiffs' counsel, Thomas G. Moukawsher, who confirmed that the plaintiffs consent to the granting of this motion.

    7.    This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.  Pfizer submits that the granting of this motion will serve the interests of justice and will prejudice neither the plaintiffs nor the Court.

    8.    This is Pfizer's first request for an extension of time to respond to file its motion for summary judgment.

WHEREFORE, defendant Pfizer Inc. respectfully requests that this Court enter an order granting Pfizer an extension of time through and including November 15, 2004 within which to file its motion for summary judgment and supporting papers.

    Respectfully submitted,

    DEFENDANT
    PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1747
    Bridgeport, CT  06601-1747
    Telephone:  (203) 333-9441
    Facsimile:   (203) 333-1489
    Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> P.O. Box 966
> Groton, CT 06340

Dated at Bridgeport, Connecticut this 12th day of October, 2004.

_____
Douglas J. Varga

4