UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | November 5, 2004 |

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), defendant Pfizer Inc respectfully requests that this

Court enter an Order extending the time within which Pfizer may file its motion for

summary judgment through November 30, 2004.  In support of its Motion, Pfizer states

as follows:

1.     Pfizer's motion for summary judgment is due on or before November 15,

2004.

2.     Pfizer's counsel likely will submit affidavits from four to five individuals to

support Pfizer's motion for summary judgment.  Counsel will require additional time to

secure those affidavits.

3.     Pfizer's counsel also has experienced some scheduling issues which have

interfered with the completion of summary judgment briefing.  Counsel recently has

been required to devote significant attention to a matter pending before Judge Eginton

(Invitrogen Corporation v. Ryeco, Inc., No. 3:02 CV 1823 (WWE)), in which he represents the plaintiff.  The parties face a December 1, 2004 discovery deadline in that matter.  The defendant has noticed four depositions, and will notice an additional four to six depositions, to be conducted prior to that deadline both in Connecticut and New York.  Pfizer's counsel also must notice a deposition to be conducted in Georgia prior to that deadline.

4.      Moreover, Pfizer's counsel unexpectedly has been called to attend meetings regarding a pre-litigation dispute involving numerous parties in Atlanta, Georgia on November 8 and 9, 2004.  Counsel had planned to use that time to prepare Pfizer's summary judgment pleadings.

5.      In light of the foregoing, Pfizer respectfully requests a 15-day extension of time, through and including November 30, 2004, within which to file its motion for summary judgment and supporting papers.

6.      On November 5, 2004, the undersigned attempted to confer with plaintiffs' counsel, Thomas G. Moukawsher and Ian O. Smith, but was unable to determine whether plaintiffs have any objection to the brief extension requested herein.

7.      This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.  Pfizer submits that the granting of this motion will serve the interests of justice and will prejudice neither the plaintiffs nor the Court.

8.      This is Pfizer's second request for an extension of time to file its motion for summary judgment.

WHEREFORE, defendant Pfizer Inc. respectfully requests that this Court enter an order granting Pfizer an extension of time through and including November 30, 2004 within which to file its motion for summary judgment and supporting papers.

Respectfully submitted,

DEFENDANT
PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

       ZELDES, NEEDLE & COOPER, P.C.
       1000 Lafayette Boulevard
       P.O. Box 1747
       Bridgeport, CT  06601-1747
       Telephone:  (203) 333-9441
       Facsimile:   (203) 333-1489
       Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States

Mail, postage prepaid, on this date, to:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> P.O. Box 966
> Groton, CT 06340

Dated at Bridgeport, Connecticut this 5th day of November, 2004.


_____
Douglas J. Varga