

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 28 A 11: 57

| | |
|---|---|
| RICHARD PROVENCHER, RICHARD HALL, WILLIAM GARBATI, WILLIAM HAYDEN, GEORGE GAUTHIER, WARREN RUDDLESDEN, WILLIAM ZERONSA, and MICHAEL WHEELER<br>        Plaintiffs,<br><br>V.<br><br>PFIZER, INC.,<br>        Defendant. | CIVIL ACTION NO.:<br>3:00 CV 2358 (CFD)<br><br><br><br><br><br><br>SEPTEMBER 27, 2004 |

FILED
2004 NOV 24 P 4: 50
U.S. DISTRICT COURT
HARTFORD, CT.

*Granted, absent objection. So ordered.*
*/s/*
*[signature] USDJ*
*11/24/04*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The plaintiffs move for leave to file the second amended complaint that accompanies this motion. The plaintiffs seek to amend their complaint to clarify certain facts following the close of discovery and to further explain how Pfizer's actions violated ERISA Sections 502 (a)(1)(B), 404, and 502 (a)(3).

THE PLAINTIFFS

By /s/
Thomas G. Moukawsher (ct08940)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000