UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | November 30, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Defendant Pfizer Inc. ("Pfizer") hereby moves this Court for the entry of summary judgment in its favor pursuant to Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56. Pfizer's Local Rule 56(a)1 Statement and supporting Memorandum of Law are filed contemporaneously herewith.

Pfizer submits that it is entitled to judgment in its favor as a matter of law with respect to all claims asserted in plaintiffs' Second Amended Complaint dated September 27, 2004, and that no genuine issue of material fact remains for trial.

WHEREFORE, defendant Pfizer Inc respectfully requests that this Court enter judgment in its favor and against all plaintiffs with respect to all claims for relief asserted in plaintiffs' Second Amended Complaint dated September 27, 2004, with Pfizer's costs and attorneys' fees awarded pursuant to 29 U.S.C § 1132(g).

Respectfully submitted,

DEFENDANT
PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1747
Bridgeport, CT  06601-1747
Telephone:  (203) 333-9441
Facsimile:   (203) 333-1489
Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT 06340

Dated at Bridgeport, Connecticut this 30th day of November, 2004.

_____
Douglas J. Varga