UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | November 30, 2004 |

## MOTION FOR LEAVE TO FILE BRIEF EXCEEDING 40 PAGES

Defendant Pfizer Inc hereby moves this Court for leave to file a brief in excess of the 40-page limit set forth in Local Rule 7(a)2. In support of his Motion, plaintiff states as follows:

1.Pfizer's Memorandum of Law in support of its Motion for Summary Judgment includes a detailed discussion of the factual and legal bases for Pfizer's entitlement to judgment as a matter of law with respect to all claims asserted in this matter. The discussion and argument is lengthy because Pfizer must address three distinct claims for relief made by seven plaintiffs.

2.Given the significant and extensive factual and legal issues presented, Pfizer's Memorandum of Law exceeds Local Rule 7(a)2's 40-page limit by six pages.

Pfizer, therefore, respectfully requests that the Court grant it leave to file a brief in excess of the standard page limitation.

3. Pfizer makes this Motion in good faith and submits that the granting of this Motion will assist the Court in ruling on its Motion for Summary Judgment and in disposing of some or all matters at issue in this case without the need for trial.

WHEREFORE, defendant Pfizer Inc respectfully requests that this Court grant it leave to file its Memorandum of Law in support of its Motion for Summary Judgment in excess of 40 pages.

Respectfully submitted,

DEFENDANT
PFIZER INC

By: _____

Douglas J. Varga (ct18885)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1747
Bridgeport, CT  06601-1747
Telephone:  (203) 333-9441
Facsimile:  (203) 333-1489
Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT 06340

Dated at Bridgeport, Connecticut this 30th day of November, 2004.

_____
Douglas J. Varga