UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | November 30, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendant Pfizer Inc has manually filed the following

documents:

| Exhibit | Description |
|---|---|
| 1 | Deposition of Richard Provencher |
| 2 | Deposition of Richard Hall |
| 3 | Deposition of William Garbati |
| 4 | Deposition of William Hayden |
| 5 | Deposition of George Gauthier |
| 6 | Deposition of Warren Ruddlesden |
| 7 | Deposition of William Zeronsa |
| 8 | Attachments to Declaration of Kerry G. Hertenstein |
| 9 | Attachments to Declaration of Ralph S. Hightower |
| 10 | Attachments to Declaration of Richard Illingworth |

| Exhibit | Description |
|---------|-------------|
| 11 | Attachments to Declaration of Brooks Walker |
| 12 | Attachments to Declaration of J. Robert Schachner |

The above-referenced documents have not been electronically filed because said documents cannot be converted to an electronic format.

The above-referenced documents have been manually served on all parties.

Respectfully submitted,
DEFENDANT
PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

       ZELDES, NEEDLE & COOPER, P.C.
       1000 Lafayette Boulevard
       P.O. Box 1747
       Bridgeport, CT  06601-1747
       Telephone:  (203) 333-9441
       Facsimile:   (203) 333-1489
       Email:  dvarga@znclaw.com

    Its Attorneys

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States

Mail, postage prepaid, on this date, to:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT 06340

Dated at Bridgeport, Connecticut this 30th day of November, 2004.


_____
Douglas J. Varga