UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, RICHARD HALL, WILLIAM GARBATI, WILLIAM HAYDEN, GEORGE GAUTHIER, WARREN RUDDLESDEN, WILLIAM ZERONSA, and MICHAEL WHEELER, | : : : : : : : | Civil Action<br><br>No. 3:00 CV 2358 (CFD) |
| Plaintiffs, | : : | |
| v. | : : | |
| PFIZER INC, | : : | |
| Defendant. | : | November 30, 2004 |

**APPENDIX OF EXHIBITS TO DEFENDANT'S LOCAL RULE 56(a)1 STATEMENT**

Defendant Pfizer Inc submits the following exhibits in support of its Local Rule 56(a)1 Statement filed contemporaneously herewith:

| Exhibit | Description |
|---|---|
| 1 | Deposition of Richard Provencher (August 5, 2004) |
| 2 | Deposition of Richard Hall (July 29 and 30, 2004) |
| 3 | Deposition of William Garbati (August 5, 2004) |
| 4 | Deposition of William Hayden (August 11 and September 2, 2004) |
| 5 | Deposition of George Gauthier (July 29 and October 20, 2004) |
| 6 | Deposition of Warren Ruddlesden (July 30, 2004) |
| 7 | Deposition of William Zeronsa (August 11, 2004) |
| 8 | Declaration of Kerry G. Hertenstein (November 29, 2004) |
| 9 | Declaration of Ralph S. Hightower (November 29, 2004) |

| Exhibit | Description |
|---|---|
| 10 | Declaration of Richard Illingworth (November 24, 2004) |
| 11 | Declaration of Brooks Walker (November 24 2004) |
| 12 | Declaration of J. Robert Schachner (November 23, 2004) |
| 13 | Downes v. JP Morgan Chase & Co., 2004 WL 1277991 (S.D.N.Y. June 8, 2004) |
| 14 | Neely v. Pension Trust Fund of the Pension, Hospitalization & Benefit Plan of the Electrical Industry, 2003 WL 21143087 (E.D.N.Y. Jan.16, 2003) |
| 15 | Williams v. American Int'l Group, Inc., 2002 WL 31115184 (S.D.N.Y. Sept. 23, 2002) |
| 16 | 29 U.S.C. § 1132 |
| 17 | 29 U.S.C. § 1140 |

Respectfully submitted,

DEFENDANT
PFIZER INC

By: _____
Douglas J. Varga (ct18885)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1747
Bridgeport, CT  06601-1747
Telephone:  (203) 333-9441
Facsimile:   (203) 333-1489
Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> P.O. Box 966
> Groton, CT 06340

Dated at Bridgeport, Connecticut this 30th day of November, 2004.

_____
Douglas J. Varga