## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD PROVENCHER, ET AL. : | |
|     Plaintiffs, : | CIVIL ACTION NO.: |
| : | 3:00 CV 2358 (CFD) |
| V. : | |
| : | |
| PFIZER, INC., : | |
|     Defendant. : | DECEMBER 20, 2004 |

## PLAINTIFFS' UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The plaintiffs in the above-captioned matter move for a 30- day extension of time through and including January 20, 2004 to respond to the defendant's motion for summary judgment. In support of their motion the plaintiffs say:

1. The motion raises complex legal issues requiring careful study;

2. The plaintiffs' counsel has been working on three other briefs due on or around the same time as this brief;

3. Defense counsel has said he does not object to the motion being granted;

4. This is the plaintiffs' first request to extend this deadline.

Accordingly, plaintiffs ask for a 30- day extension of time through and including January 20, 2004 to respond to the defendant's motion for summary judgment.

                    THE PLAINTIFFS

                    By /s/ Thomas G. Moukawsher
                    Thomas G. Moukawsher (ct08940)
                    Moukawsher & Walsh, LLC
                    328 Mitchell Street
                    P.O. Box 966
                    Groton, CT 06340
                    (860) 445-1809

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

        Douglas Varga
        Zeldes, Needle & Cooper
        1000 Lafayette Boulevard
        Post Office Box 1740
        Bridgeport, CT 06601-1740

Dated this 20th day of December, 2004.

                                  /s/ Thomas G. Moukawsher
                                  Thomas G. Moukawsher