## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RICHARD PROVENCHER, ET AL. :
    Plaintiffs,                               :         CIVIL ACTION NO.:
                                           :         3:00 CV 2358 (CFD)
V.                                            :
                                           :
PFIZER, INC.,                          :
    Defendant.                        :         January 18, 2005

## PLAINTIFFS' UNOPPOSED MOTION FOR 45 DAY EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

    The plaintiffs in the above-captioned matter move for a 45-day extension of time through and including March 7, 2005 to respond to the defendant's motion for summary judgment. In support of their motion the plaintiffs say:

1. The motion raises complex legal issues requiring careful study;

2. Plaintiffs' counsel now has due a Second Circuit Brief and a Petition for Certiorari to the Supreme Court, which he did not anticipate;

3. Plaintiffs' counsel is an ABA subcommittee co-chair and must attend the ABA Employee Benefits Committee Midwinter meeting taking place on February 9, 2005 until February 12, 2005;

4. Defense counsel has said he does not object to the motion being granted;

5. This is the plaintiffs' second request to extend this deadline.

Accordingly, plaintiffs ask for a 45-day extension of time through and including March 7, 2005 to respond to the defendant's motion for summary judgment.

THE PLAINTIFFS

By /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Moukawsher & Walsh, LLC
328 Mitchell Street
P.O. Box 966
Groton, CT 06340
(860) 445-1809

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Douglas Varga
>Zeldes, Needle & Cooper
>1000 Lafayette Boulevard
>Post Office Box 1740
>Bridgeport, CT 06601-1740

Dated this 18th day of January, 2005.

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher