UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
|     Defendant. | : | MARCH 4, 2005 |

**PLAINTIFFS' UNOPPOSED MOTION FOR 20 DAY EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

The plaintiffs in the above-captioned matter move for a 20-day extension of time through and including March 27, 2005 to respond to the defendant's motion for summary judgment. In support of their motion the plaintiffs say:

1. The current deadline to respond is March 7, 2005;

2. The motion raises complex legal issues requiring careful study;

3. Plaintiffs' counsel has been working diligently on the response and although a large portion of it is already complete, additional research is needed;

4. Undersigned counsel is currently working with plaintiffs on their individual declarations, but many of them are out of state for the winter months;

5. Defense counsel has said he does not object to the motion being granted; and

6. This is the plaintiffs' third request to extend this deadline.

Accordingly, plaintiffs ask for a 20-day extension of time through and including March 27, 2005 to respond to the defendant's motion for summary judgment.

                                                      THE PLAINTIFFS

                                                      By /s/ Thomas G. Moukawsher
                                                      Thomas G. Moukawsher (ct08940)
                                                      Moukawsher & Walsh, LLC
                                                      328 Mitchell Street
                                                      P.O. Box 966
                                                      Groton, CT 06340
                                                      (860) 445-1809

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

        Douglas Varga
        Zeldes, Needle & Cooper
        1000 Lafayette Boulevard
        Post Office Box 1740
        Bridgeport, CT 06601-1740

Dated this 4th day of March, 2005.

                                                      /s/ Thomas G. Moukawsher
                                                      Thomas G. Moukawsher