UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
|     Defendant. | : | MARCH 28, 2005 |

### PLAINTIFFS' OBJECTION TO PFIZER'S
### MOTION FOR SUMMARY JUDGMENT

The plaintiffs object to Pfizer's motion for summary judgment. As the plaintiffs explain fully in the memorandum of law accompanying this objection, the parties dispute all the material facts in the case, and Pfizer's claims for judgment as a matter of law merely rehash arguments the Court rejected when Pfizer moved to dismiss this case.

Accordingly, the Court should deny Pfizer's motion for summary judgment.

                        THE PLAINTIFFS

                        By /s/ Thomas G. Moukawsher
                        Thomas G. Moukawsher (ct08940)
                        Moukawsher & Walsh, LLC
                        21 Oak Street
                        Suite 209
                        Hartford, CT 06106
                        (860) 278-7000

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

>Douglas Varga
>Zeldes, Needle & Cooper
>1000 Lafayette Boulevard
>Post Office Box 1740
>Bridgeport, CT 06601-1740

Dated this 28th day of March, 2005.


   /s/ Thomas G. Moukawsher
Thomas G. Moukawsher