**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RICHARD PROVENCHER, ET AL.   : | |
|     Plaintiffs,   : | CIVIL ACTION NO.: |
| : | 3:00 CV 2358 (CFD) |
| V.   : | |
| : | |
| PFIZER, INC.,   : | |
|     Defendant.   : | March 28, 2005 |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE MEMORANDUM OF LAW IN EXCESS OF 40 PAGES IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

The plaintiffs move for permission to file a memorandum of law in excess of the 40 page limit in L.Civ. R. 7 (a)(2). In support of their motion the plaintiffs say:

1. The memorandum addresses several complex legal issues requiring extended explanation;

2. The memorandum deals with facts that took place over a ten-year period involving multiple parties and three predecessor lawsuits.

3. Pfizer's memorandum also exceeds the 40 page limit.

4. The plaintiffs' memorandum contains 76 pages, excluding its cover, table of contents, and table of authorities.

Accordingly, plaintiffs ask for permission to file the memorandum of law in opposition to Pfizer's motion for summary judgment that accompanies this motion even though it exceeds the page limit in L.Civ. R. 7(a)(2).

                                                                                         THE PLAINTIFFS

                                            By /s/ Thomas G. Moukawsher
                                            Thomas G. Moukawsher (ct08940)
                                            Moukawsher & Walsh, LLC
                                            328 Mitchell Street
                                            P.O. Box 966
                                            Groton, CT 06340
                                            (860) 445-1809

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

                Douglas Varga
                Zeldes, Needle & Cooper
                1000 Lafayette Boulevard
                Post Office Box 1740
                Bridgeport, CT 06601-1740

Dated this 28th day of March, 2005.

                                            /s/ Thomas G. Moukawsher
                                            Thomas G. Moukawsher