UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | April 7, 2005 |

**MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY BRIEF ON MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), defendant Pfizer Inc respectfully requests that this Court enter an Order extending the time within which Pfizer may file its reply brief in further support of its motion for summary judgment. Pfizer requests an additional 21 days, through and including May 2, 2005. In support of its Motion, Pfizer states as follows:

1.    Pfizer filed its motion for summary judgment on November 30, 2004.

2.    Following a series of extensions of time to which Pfizer did not object, plaintiffs filed their response to Pfizer's motion for summary judgment on March 28, 2005. Pursuant to Local Rule 9(d), Pfizer's reply is due on or before April 11, 2005.

3.    Plaintiffs' response to Pfizer's motion for summary judgment includes a 76-page memorandum of law; a 63-page Local Rule 56(c)2 Statement; and two

volumes of exhibits. Given the length of plaintiff's response, Pfizer's counsel will need additional time to review these materials and reply to plaintiffs' arguments.

4. In light of the foregoing, Pfizer respectfully requests a brief extension of time, through and including May 2, 2005, within which to file a reply brief in further support of its motion for summary judgment.

5. On April 5, 2004, the undersigned conferred with plaintiffs' counsel, Thomas G. Moukawsher, who confirmed that the plaintiffs have no objection to the granting of this motion and the brief extension of time requested herein.

6. This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay. Pfizer submits that the granting of this motion will serve the interests of justice and will prejudice neither the plaintiffs nor the Court.

7. This is Pfizer's first request for an extension of time to file a reply brief in further support of its motion for summary judgment.

WHEREFORE, defendant Pfizer Inc. respectfully requests that this Court enter an order granting Pfizer an extension of time through and including May 2, 2005 within which to file a reply brief in further support of its motion for summary judgment.

Respectfully submitted,

DEFENDANT
PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1747
    Bridgeport, CT  06601-1747
    Telephone:  (203) 333-9441
    Facsimile:   (203) 333-1489
    Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> P.O. Box 966
> Groton, CT 06340

Dated at Bridgeport, Connecticut this 7th day of April, 2005.

_____
Douglas J. Varga

4