UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | May 23, 2005 |

## MOTION FOR LEAVE TO FILE BRIEF EXCEEDING 10 PAGES

Defendant Pfizer Inc hereby moves this Court for leave to file a reply brief in excess of the 10-page limit set forth in Local Rule 7(d).  In support of its Motion, Pfizer states as follows:

1.   Pfizer's Reply Memorandum in Further Support of its Motion for Summary Judgment includes a discussion responsive to rather lengthy arguments presented by the plaintiffs (including a 76-page memorandum of Law and a 63-page Rule 56(a)2 Statement).

2.   Given the significant and extensive factual and legal issues presented, Pfizer's Reply Memorandum of Law exceeds Local Rule 7(d)'s 10-page limit by 3 pages.  Pfizer, therefore, respectfully requests that the Court grant it leave to file a brief in excess of the standard page limitation.

3.	Pfizer makes this Motion in good faith and submits that the granting of this Motion will assist the Court in ruling on its Motion for Summary Judgment and in disposing of some or all matters at issue in this case without the need for trial.

WHEREFORE, defendant Pfizer Inc respectfully requests that this Court grant it leave to file its Reply Memorandum of Law in Further Support of its Motion for Summary Judgment in excess of 10 pages.

>	Respectfully submitted,
>
>	DEFENDANT
>	PFIZER INC
>
>
>	By: _____
>	     Douglas J. Varga (ct18885)
>
>
>	ZELDES, NEEDLE & COOPER, P.C.
>	1000 Lafayette Boulevard
>	P.O. Box 1747
>	Bridgeport, CT  06601-1747
>	Telephone:  (203) 333-9441
>	Facsimile:  (203) 333-1489
>	Email:  dvarga@znclaw.com

Its Attorneys

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 328 Mitchell Street
> P.O. Box 966
> Groton, CT 06340

Dated at Bridgeport, Connecticut this 23rd day of May, 2005.

_____
         Douglas J. Varga