UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | May 23, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that defendant Pfizer Inc has manually filed its Motion to

Strike Declarations Submitted in Response to Motion for Summary Judgment.

The above-referenced Motion has not been electronically filed because said

Motion contains exhibits which cannot be converted to an electronic format.

The above-referenced Motion has been manually served on all parties.

Respectfully submitted,
DEFENDANT
PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1747
    Bridgeport, CT  06601-1747
    Telephone:  (203) 333-9441
    Facsimile:  (203) 333-1489
    Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States

Mail, postage prepaid, on this date, to:

>       Thomas G. Moukawsher, Esq.
>       Moukawsher & Walsh, LLC
>       328 Mitchell Street
>       P.O. Box 966
>       Groton, CT 06340

Dated at Bridgeport, Connecticut this 23rd day of May, 2005.


_____
        Douglas J. Varga