UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
|     Defendant. | : | MAY 27, 2005 |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE
MEMORANDUM RE: SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO SUMMARY JUDGMENT**

The plaintiffs move for permission to file a three-page memorandum concerning a supplemental authority recently discovered by their counsel on a plan administrator's duty to apply plan terms even-handedly. The decision *Wagener v. SBC Pension Benefit Plan*, 2005 U.S. App. LEXIS 8671(D.C. Circuit May 17, 2005) supports plaintiffs' claim that administrators can't arbitrarily apply publicly announced benefit criteria to some plan participants and not others.

Accordingly, the plaintiffs ask for permission to supply the Court with a copy of the decision and briefly comment on its significance.

THE PLAINTIFFS

By /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Moukawsher & Walsh, LLC
21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

Douglas Varga
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT 06601-1740

Dated this 27th day of May, 2005.

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher