UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD PROVENCHER, ET AL. : | |
|     Plaintiffs, : | CIVIL ACTION NO.: |
| : | 3:00 CV 2358 (CFD) |
| V. : | |
| : | |
| PFIZER, INC., : | |
|     Defendant. : | JUNE 13, 2005 |

**PLAINTIFFS' OBJECTION TO PFIZER'S
MOTION TO STRIKE DECLARATIONS**

The plaintiffs object to Pfizer's motion to strike declarations. As the plaintiffs explain fully in the memorandum of law accompanying this objection, all the statements in the declarations are admissible.

Accordingly, the Court should deny Pfizer's motion to strike declarations.

    THE PLAINTIFFS

    By /s/ Thomas G. Moukawsher
    Thomas G. Moukawsher (ct08940)
    Moukawsher & Walsh, LLC
    21 Oak Street
    Suite 209
    Hartford, CT 06106
    (860) 278-7000

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

> Douglas Varga
> Zeldes, Needle & Cooper
> 1000 Lafayette Boulevard
> Post Office Box 1740
> Bridgeport, CT 06601-1740

Dated this 13th day of June, 2005.


　　　　　　　　　　　　　　　　　　　　/s/ Thomas G. Moukawsher
　　　　　　　　　　　　　　　　　　　　Thomas G. Moukawsher

2