UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
|     Defendant. | : | NOVEMBER 16, 2005 |

**PLAINTIFFS' UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO FILE JOINT TRIAL BRIEF**

The plaintiffs in the above-captioned matter move for a 30-day extension of time through and including December 17, 2005 to file a joint trial brief. In support of their motion the plaintiffs say:

1. The current deadline is November 17, 2005;

2. Plaintiffs' counsel is currently occupied with the drafting and filing of a Second Circuit Brief due on November 23, 2005 in *Parry, et al. v. SBC Communications, et al.,* Case Nos. 05-2037, 05-3699;

3. The parties are discussing the possibility of another settlement conference;

4. Defense counsel has said he does not object to the motion being granted;

5. This is the plaintiffs' first request to extend this deadline.

Accordingly, plaintiffs ask for a 30-day extension of time through and including December 17, 2005 to file a joint trial memorandum.

                         THE PLAINTIFFS

                         By <u>/s/ Thomas G. Moukawsher</u>
                         Thomas G. Moukawsher (ct08940)
                         Moukawsher & Walsh, LLC
                         328 Mitchell Street
                         P.O. Box 966
                         Groton, CT 06340
                         (860) 445-1809

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

      Douglas Varga
      Zeldes, Needle & Cooper
      1000 Lafayette Boulevard
      Post Office Box 1740
      Bridgeport, CT 06601-1740

Dated this 16th day of November, 2005.

                                    <u>/s/ Thomas G. Moukawsher</u>
                                    Thomas G. Moukawsher