UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, | : | Civil Action |
| RICHARD HALL, WILLIAM GARBATI, | : | |
| WILLIAM HAYDEN, GEORGE | : | No. 3:00 CV 2358 (CFD) |
| GAUTHIER, WARREN RUDDLESDEN, | : | |
| WILLIAM ZERONSA, and MICHAEL | : | |
| WHEELER, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC, | : | |
| | : | |
| Defendant. | : | December 2, 2005 |

**MOTION FOR EXTENSION OF TIME TO
SUBMIT JOINT TRIAL MEMORANDUM
<u>AND FOR REFERRAL FOR SETTLEMENT CONFERENCE</u>**

Pursuant to Local Civil Rule 9(b)(3), defendant Pfizer Inc respectfully requests that this Court enter an Order allowing the parties additional time to submit their Joint Trial Memorandum, and referring this matter to Magistrate Judge Garfinkel for a settlement conference. In support of its Motion, Pfizer states as follows:

1.  The parties' Joint Trial Memorandum currently is due for filing on December 16, 2005.

2.  The parties are in agreement that a settlement conference would be advisable at this time as it may lead to the resolution of this matter. The parties, therefore, request that the Court refer this matter to magistrate Judge Garfinkel for a settlement conference.

3.      The parties also request that, in the interest of conserving time and resources for both plaintiffs and Pfizer, and if the Court refers this matter for a settlement conference, the Court extend the deadline for submission of the Joint Trial Memorandum until 45 days following the settlement conference before Magistrate Judge Garfinkel.

4.      On December 2, 2005, the undersigned conferred with plaintiffs' counsel, Thomas G. Moukawsher, who confirmed that the plaintiffs join in this motion.

5.      This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.  Pfizer submits that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court.

6.      This is Pfizer's first motion for an extension of time to submit the Joint Trial Memorandum, although plaintiffs previously moved for an extension of time to submit the Joint Trial Memorandum.

WHEREFORE, defendant Pfizer Inc respectfully requests that this Court enter an Order referring this matter to Magistrate Judge Garfinkel for a settlement conference, and further extending the deadline for the submission of the parties' Joint Trial Memorandum until 45 days after the settlement conference.

          Respectfully submitted,

          DEFENDANT
          PFIZER INC

By: _____
    Douglas J. Varga (ct18885)

        ZELDES, NEEDLE & COOPER, P.C.
        1000 Lafayette Boulevard
        P.O. Box 1747
        Bridgeport, CT  06601-1747
        Telephone:  (203) 333-9441
        Facsimile:   (203) 333-1489
        Email:  dvarga@znclaw.com

Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT 06340

Dated at Bridgeport, Connecticut this 2nd day of December, 2005.

_____
Douglas J. Varga

4