UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
|     Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
|     Defendant. | : | MARCH 8, 2006 |

**PLAINTIFFS' MOTION TO EXTEND TIME TO FILE
STIPULATED DISMISSAL**

The plaintiffs request a 30-day extension of time to file a stipulation of dismissal based upon the settlement of the above-captioned matter through and including April 8, 2006. The plaintiffs have executed the settlement papers and are waiting for the defendant to execute them and consummate the settlement. Accordingly, the plaintiffs request 30 days time through and including April 8, 2006 to file a stipulation of dismissal. Defense counsel could not be reached to determine the defendant's position on this motion. This is plaintiffs' first request to extend this deadline.

                                                            THE PLAINTIFFS

                                                            By_____
                                                            Thomas G. Moukawsher (ct08940)
                                                             Moukawsher & Walsh, LLC
                                                            328 Mitchell Street
                                                            P.O. Box 966
                                                            Groton, CT 06340
                                                            (860) 445-1809

## CERTIFICATION OF SERVICE

On March 8, 2006 plaintiffs mailed a copy of the foregoing to counsel of record at:

>   Douglas Varga
>   Zeldes, Needle & Cooper
>   1000 Lafayette Boulevard
>   Post Office Box 1740
>   Bridgeport, CT 06601-1740

_____
Thomas G. Moukawsher