## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD PROVENCHER, ET AL. | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: |
| | : | 3:00 CV 2358 (CFD) |
| V. | : | |
| | : | |
| PFIZER, INC., | : | |
| Defendant. | : | MARCH 29, 2006 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorney's fees or costs to either party. The undersigned has conferred with opposing counsel and they authorize me to file this Joint Stipulation and sign on their behalf.

FOR THE PLAINTIFFS:

By /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street, Suite 206
Hartford, CT  06106
Tel: 860.278.7005
Fax: 860.548.1740
tmoukawsher@mwlawgroup.com

FOR THE DEFENDANT:

By /s/ Douglas J. Varga
Douglas John Varga (ct18885)
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
Tel: 203-333-9441
dvarga@znclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, a copy of foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
Tel: 203-333-9441
dvarga@znclaw.com

        /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher
        Moukawsher & Walsh, LLC
        21 Oak Street, Suite 206
        Hartford, CT  06106
        Tel: 860.278.7005
        Fax: 860.548.1740
        tmoukawsher@mwlawgroup.com